# *Del Valle & Associates*

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.            Email: tdvesq@aol.com

Michael J. Sluka            Fax. (212)481-4853
Lawrence D. Minasian

Lucas E. Andino            Leticia Silva
William Cerbone            Legal Assistant
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

**MEMO ENDORSED**

January 26, 2021

The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312
*-Via ECF-*

> Sentencing adjourned to March 11, 2021 at 11:00 a.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __1/28/2021_____
> New York, New York

         Re:     <u>USA v. Juan David Dutan,</u>
                  19 Cr. 930 (ER)

Dear Judge Ramos,

    Our office represents Mr. Juan David Dutan, in the above captioned matter, which is currently scheduled for a Sentencing Hearing on February 5, 2021 at 10:30AM.

    Delays at the Metropolitan Detention Center (MDC), with respect to the scheduling of the Defendant's Presentence Interview (PSI), has delayed the Presentence Investigation Report (PSR). Therefore, we respectfully request a 30-Day adjournment of the Sentencing Hearing, to allow more time for U.S. Probation to prepare the PSR.

    The Government, by way of A.U.S.A. Dominic Gentile, consent to this request for adjournment.

    Thank you for your consideration to this matter.

                                         Respectfully submitted,

                                         <u>*/S/Telesforo Del Valle Jr.*</u>
                                         Telesforo Del Valle, Jr., Esq. Attorney for
                                         Juan David Dutan, Defendant.

Cc: A.U.S.A. Dominic Gentile, Esq.