```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED:  4/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

JUAN DAVID DUTAN,

               Defendant.
--------------------------------------------------------x

**RESCHEDULING NOTICE**

19 Cr. 930-2 (ER)

The sentencing previously scheduled for April 15, 2021, is rescheduled to **April 20, 2021 at 10:30 a.m.**  The hearing will occur as a teleconference.  Counsel and defendants are instructed to call **(877) 411-9748 and enter access code 3029857#** when prompted.  (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

Dated:  April 14, 2021
       New York, New York

                                          s/ Jazmin Rivera
                                          Jazmin Rivera, Courtroom Deputy